# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00854-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TERRANCE FARRELL III,

 Plaintiff,

v.

STATE OF COLORADO,
CORRECTIONS CORP. OF AMERICA,
ADMINISTRATIVE HEAD OF BVCF, and
ADMINISTRATIVE HEAD OF CCCF,

 Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On April 22, 2015, Plaintiff submitted to the Court a pleading titled, "Motion for an Immediate Injunction for Facilities Named Herein to Cease and/or Clarify Harm From Electronic Devices Used in Training and SOTP Programs," ECF No. 1.  The purpose for submitting this document to the Court is not clear.  Plaintiff does not indicate if he intends to file the Motion in one of his pending cases or to initiate a new action.  However, to be sure that Plaintiff is provided the benefit of the doubt the Court has initiated this action.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the Motion is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in

this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X     is not submitted
(2)   ___   is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   X     is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)  X     other: Rather than proceed pursuant to 28 U.S.C. § 1915, Plaintiff may pay the remainder of the $400 filing fee in full,

**Complaint, Petition or Application**:
(11)  ___   is not submitted
(12)  X     is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)
(13)  ___   is missing an original signature by the prisoner
(14)  ___   is missing page nos. ___
(15)  ___   uses et al. instead of listing all parties in caption
(16)  ___   names in caption do not match names in text
(17)  ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the proper form, depending on the type of action Plaintiff intends to file, and the Prisoner's Motion and Affidavit for

2

Leave to Proceed Pursuant to 28 U.S.C. § 1915 form if desired (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use the Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 23, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge